# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Automobile Mechanics Local 701, International Association of Machinists and Aerospace Workers, AFL-CIO,<br>v.<br>Elmhurst Lincoln-Mercury, Inc. | FILED: SEPTEMBER 4, 2008<br>08CV5053<br>JUDGE SHADUR<br>MAGISTRATE JUDGE BROWN<br>AO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Automobile Mechanics Local 701, International Association of Machinists and Aerospace Workers, AFL-CIO

| | |
|---|---|
| NAME (Type or print)<br>Sherrie E. Voyles | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sherrie E. Voyles | |
| FIRM<br>Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS<br>122 S. Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06242386 | TELEPHONE NUMBER<br>312-327-3444 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |