U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Automobile Mechanics Local 701, International Association of Machinists and Aerospace Workers, AFL-CIO, v. Elmhurst Lincoln-Mercury, Inc. | FILED: SEPTEMBER 4, 2008 08CV5053 JUDGE SHADUR MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Automobile Mechanics Local 701, International Association of Machinists and Aerospace Workers, AFL-CIO

| NAME (Type or print) |
|---|
| Brandon M. Anderson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brandon M. Anderson |
| FIRM |
| Jacobs, Burns, Orlove, Stanton & Hernandez |
| STREET ADDRESS |
| 122 S. Michigan Avenue, Suite 1720 |
| CITY/STATE/ZIP |
| Chicago, IL 60603-6145 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06288938 | 312-327-3427 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐